1  **WO**

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )    CR 10-50126-PHX-SRB
                                         )
10              Plaintiff,               )
                                         )
11  vs.                                  )
                                         )
12  Luis Manuel Galvan-Herrera,          )          **ORDER**
                                         )
13              Defendant.               )
                                         )
14  _____ )

15

16          A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on July 27, 2010.

18          **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2   court.

3   DATED this 27th day of July, 2010.

4

5

6   _____

7   Lawrence O. Anderson
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28